UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. L., minor, by and through guardian Jessica Savich, and all others similarly situated,

Plaintiff(s),

v.

Disney Worldwide Services, Inc., Disney Entertainment Operations, LLC, and The Walt Disney Company,

Defendant(s).

Case No. 4:25-cv-08183-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, William D. Harris II, an active member in good standing of the bar of New York, S.D. New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kas L. Gallucci, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 288709.

3136 Kingsdale Center, Ste. 246,
Columbus, OH 43221
MY ADDRESS OF RECORD

651 Arroyo Drive, San Diego, CA 92103
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(614) 504-3350
MY TELEPHONE # OF RECORD

(619) 696-9006
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

will@harrislegaladvisors.com
MY EMAIL ADDRESS OF RECORD

kas@consumersadvocates.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4409496.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 09/26/2025                                William D. Harris II
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William D. Harris II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____WILLIAM   DARRYLL   HARRIS,   II_____, Bar # _____WH5667_____

was duly admitted to practice in the Court on

_____May 26, 2009_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.         On   _____September 26, 2025_____
           New York, New York

*Tammi M. Hellwig* (signature, with seal of United States District Court for the Southern District of New York)

_____Tammi M. Hellwig_____         By   _____s/ R. Juliano_____
       Clerk of Court                                Deputy Clerk